Order Form (01/2005)

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 06 C 50241 | **DATE** | 11/4/2008 |
| **CASE TITLE** | Newell Operating Co. vs. Intercrown USA, Inc. | | |

**DOCKET ENTRY TEXT:**

This case is stayed pending the reexamination of the patent-in-suit by the U.S. Patent and Trademark Office. The parties are directed to file a written status report in six months and every three months thereafter until the stay is lifted.

Docketing to mail notices.

| | Courtroom Deputy Initials | /lc |
|---|---|---|